# Employee with the glasses


