Gmail                                   Joel Polanco <joelspolanco@gmail.com>

## Your Express Credit App has been processed by Victory Mitsubishi!
2 messages

&lt;System@dealercentric.com&gt;                               Wed, Mar 27 at 11:29 AM
To: &lt;joelspolanco@gmail.com&gt;

Dear Joel Polanco,

Thank you for your information.
This e-mail confirms our receipt of your information and our commitment to provide you with the best vehicle purchase and loan experience ever.

A representative will soon contact you via e-mail and/or telephone.

Do more of your car buying process online! Save time in our secured and transparent Customer Gateway (re-access your information).

View Privacy Policy

**Victory Mitsubishi**

&lt;System@dealercentric.com&gt;                               Wed, Mar 27 at 11:42 AM
To: &lt;joelspolanco@gmail.com&gt;

[Quoted text hidden]


EXHIBIT 2