**Spartan Auto Group LLC d/b/a Victory Mitsubishi**
4070 Boston Road
Bronx, New York 10475
(718) 515-4600

May 9, 2024

<u>**VIA REGULAR & CERTIFIED MAIL**</u>

Mauricio A Balbuena Jimenez
19 Apple Road
New Paltz, New York 12561

     **Re:    2020 BMW 3 Series VIN # 3MW5R7J02L8B33028**
              **Default of Retail Installment Contract**

Dear Mauricio A Balbuena Jimenez:

     Please be advised that a review of our records indicates that you have not paid a debt owed to Spartan Auto Group LLC d/b/a Victory Mitsubishi ("Victory Mitsubishi").

     Specifically, on March 27, 2024, you purchased a 2020 BMW 3 Series VIN # 3MW5R7J02L8B33028 (the "Vehicle") and entered into a retail installment contract with Victory Mitsubishi ("Vehicle Contract"). The negotiated and agreed upon price for the Vehicle was $29,310.00; with taxes, title and fees, the Vehicle cost $32,334.80. You also purchased a service contract for $3,800.00, and thus the total Vehicle cost is $36,134.80. You provided a deposit of $4,500.00, and this downpayment was applied to the $36,134.80, leaving a balance of $31,634.80.

     You decided to finance that amount, and completed credit applications to finance the balance of the Vehicle. You were approved by Capital One Auto Finance ("Capital One"). Your contract was submitted to Capital One; however, Capital One has advised Victory Mitsubishi that it will not fund the loan for the Vehicle due to your conversations with Capital One after your purchase of the Vehicle and Victory Mitsubishi purchased the loan from Capital One. Accordingly, the Vehicle Contract and the rights thereunder have not been assigned. To date, you have failed to make any additional payments to Victory Mitsubishi for the purchase of the Vehicle or voluntarily relinquish the Vehicle to Victory Mitsubishi.

     Failure to make payments and/or failure to ensure the Title shows our security interest (lien) in the Vehicle is in direct violation of the terms of the agreements you entered into with Victory Mitsubishi, including your Vehicle Contract. Enclosed



EXHIBIT

6

herewith is a copy of your signed Vehicle Contract. Be advised that failure to make payments and/or failure to ensure the Title shows our security interest (lien) in the Vehicle are defaults under Sections 2c and 3b of the Vehicle Contract. Such default entitles Victory Mitsubishi to demand full payment of the amount you owe on the Vehicle Contract under Section 3b of the Vehicle Contract and/or repossess the Vehicle pursuant to Section 3d of the Vehicle Contract. Pursuant to Section 3a of the Vehicle Contract, you agreed to pay a late charge of $1.00 or 5% of the part of the payment that is late, whichever is greater, if payment is not received in full within 10 days after it is due. Moreover, pursuant to Section 3c of the Vehicle Contract, you agreed to pay the attorney's fee, of up to 15% of the amount you owe, if Victory Mitsubishi hires its own attorney who is not a salaried employee to attempt to collect what you owe. However, Victory Mitsubishi is willing to waive all late charges and/or collection costs if the amount owed is paid **BY MAY 20, 2024**, or the Vehicle is voluntarily relinquished to Victory Mitsubishi, the Vehicle's Title is signed over to Victory Mitsubishi, and the Vehicle's registration and plates are surrendered to Victory Mitsubishi **BY MAY 20, 2024**.

Demand is hereby made that the balance due under the loan of $31,634.80 be paid to Victory Mitsubishi or that you voluntarily relinquish the Vehicle to Victory Mitsubishi, sign over Title to Victory Mitsubishi, and surrender the Vehicle's registration and plates. If you fail to do either of these things, we reserve our rights to pursue all of our legal rights and remedies, which may include the repossession and/or sale of the Vehicle.

If you do not make payment to Victory Mitsubishi in the amount of $31,634.80 or voluntarily relinquish the Vehicle to Victory Mitsubishi, sign over Title to Victory Mitsubishi, and surrender the Vehicle's registration and plates, by **MAY 20, 2024**, we have advised our attorneys to proceed with our legal rights and remedies, which may include an action against you in Court for the balance due under the loan.

Should you have any questions, please contact the undersigned. Be guided accordingly.

Very truly yours,

VICTORY MITSUBISHI

By: _____

STAVROS ORSARIS