# ALFRED R. FUENTE, PLLC

**Attorney at Law**
**30 Wall Street, 8th Floor**
**New York, New York 10005**
**(646) 884-2669**

*Via ECF*

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

*The request for an extension is granted. Parties should be prepared to address at the initial pretrial conference scheduled for June 16, 2025 whether the action between Plaintiffs and Defendants Spartan and Orsaris should not be stayed pending arbitration.*

SO ORDERED.

*May 9, 2025*

LEWIS J. LIMAN
United States District Judge

    **RE:** *Polanco, et al. v. Spartan Auto Group, LLC, et al.*
       **Case No. 25-cv-02410 (LJL)**

Dear Judge Liman,

    This firm represents Defendants Spartan Auto Group, LLC and Chris Orsaris ("Defendants") in the above-captioned matter. I submit this letter with the consent of counsel for Plaintiffs Joel Polanco and Mauricio Balbuena Jiminez ("Plaintiffs").

    Plaintiffs and Defendants agree that the instant action is subject to arbitration pursuant to the Retail Installment Contract executed between the parties. Accordingly, the parties respectfully request a stay of these proceedings up to and including June 9, 2025, to so inform the other named defendants and to commence arbitration.

    Plaintiffs further request an extension of their time to serve the remaining John Doe defendants pursuant to Federal Rule of Civil Procedure 4(m) up to and including July 23, 2025.

    We thank you very much for your attention to this matter.

        Very truly yours,

        Alfred R. Fuente

*Via ECF:*

All Counsel of Record