IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOEL S. POLANCO and MAURICIO A. BALBUENA JIMINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>SPARTAN AUTO GROUP, LLC d/b/a VICTORY MITSUBISHI et. al.,<br><br>Defendants. | Case No.: 1:25-cv-02410-LJL |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of the Motion to Dismiss of Defendant Capital One Auto Finance, a division of Capital One, N.A. ("Capital One"), dated June 2, 2025, and upon all prior pleadings and proceedings filed in this case, Capital One will move this Court before the Honorable Lewis J. Liman, at the United States Courthouse, 40 Foley Square, New York, New York 10007, on a date and time to be determined by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the Complaint and for such other and further relief as may be deemed just and proper.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested and, if granted, will be on a date and at a time to be designated by the Court.

**TROUTMAN PEPPER LOCKE LLP**

By: */s/ Rachelle Pointdujour*
Rachelle Pointdujour, Bar No: 5737929
TROUTMAN PEPPER LOCKE LLP
875 Third Avenue
New York, NY 10022
212.704.6450
Rachelle.Pointdujour@troutman.com

*Attorneys for Defendant Capital One Auto Finance, a division of Capital One, N.A.*