# BROMBERG LAW OFFICE, P.C.

Brian L. Bromberg (Admitted in NY, NJ & CA)

352 Rutland Road, #1
Brooklyn, NY 11225
Phone: (212) 248-7906
Fax:   (212) 248-7908

June 13, 2025

> The joint request for an extension is granted. The initial pretrial conference currently scheduled for June 16, 2025 is adjourned until July 31, 2025 at 11 a.m. Parties are directed to dial into the Court's teleconference number at 646-453-4442, Conference ID# 358639322, and follow the necessary prompts.
>
> June 16, 2025
>
> SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

<u>Via ECF</u>
Honorable Lewis J. Liman, U.S.D.J.
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re:   <u>*Polanco and Balbuena Jiminez v.*</u>
      <u>*Spartan Auto Group, LLC d/b/a Victory Mitsubishi, et al.*</u>
      <u>SDNY Case No. 25-CV-2410 (LJL)</u>

Dear Judge Liman:

My office, together with co-counsel, Thomas R. Breeden, Esq., represents the plaintiffs in the above-referenced case.

I am writing on behalf of all parties to request that Your Honor adjourn the telephone conference scheduled for Monday, June 16, 2025. We are making this request because my co-counsel, Mr. Breeden, who has extensive experience litigating auto-fraud cases, is on jury trial next week. In addition, Plaintiffs have only just received the names of the John Does and need time to amend the complaint and make service upon them. In addition, one of the defendants, Wells Fargo, has just moved to dismiss the complaint against itself. The parties have worked out a briefing schedule for the opposition and reply (unless Your Honor would prefer to wait until the John Does have been joined).

With all of these preliminary matters still having to be addressed and with Mr. Breeden unavailable, the parties believe it would be in the interests of judicial economy to adjourn the initial conference. This is the first such request and it will not affect any other deadlines. The parties have consulted with each other and are all available for a conference on July 31 or August 5 or 6, 2025.

Respectfully,

/s/ *Brian L. Bromberg*
Brian L. Bromberg