UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____x

JOEL S. POLANCO,

and

MAURICIO A. BALBUENA JIMINEZ

     Plaintiffs,                                 Case No. 25-CV-2410 (LJL)

-against-

SPARTAN AUTO GROUP, LLC
d/b/a VICTORY MITSUBISHI

and

CAPITAL ONE, NATIONAL ASSOCIATION
d/b/a Capital One Auto Finance

and

Chris Orsaris,
Mark Vanable,
Jamal Mohammad, Tazman Nelson, John Doe 4, and John Doe 5,

     Defendants.

_____x

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1:3 of the Local Rules of the United States Court for the Southern

District of New York, Thomas R. Breeden hereby moves this Court for an Order for admission to

practice Pro Hac Vice to appear as counsel for Joel S. Polanco and Mauricio A. Balbuena

Jiminez in the above-captioned action.

1.    Applicant's residential address:

    Thomas R. Breeden
    101 Smith Heritage Lane
    Boston, Virginia 22713

1

2. Applicant's office address, telephone number, facsimile number and email address is:

Thomas R. Breeden
Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas, Virginia 20109
Telephone No.: (703) 361-9277
Facsimile No.: (703) 337-0441
Email: trb@tbreedenlaw.com

3. I am in good standing of the bar(s) of the state(s) of and there are no pending disciplinary

proceedings against me in any state or federal court. I have never been convicted of a

felony. I have never been suspended disbarred or denied admission or readmission by

any court. My firm has been censured by a court, based on an associate's filings in a case.

I have attached the affidavit pursuant to Local Rule 1.3.

- Supreme Court of Virginia (1991);
- U.S. District Court for the Eastern District of Virginia (1992); and
- U.S. District Court for the Western District of Virginia (1999).

4. Thomas R. Breeden is in good standing and eligible to practice in all courts to which is

admitted, see attached.

5. Local counsel's address, telephone number, facsimile number and email address is:

Brian L. Bromberg
Bromberg Law Office, P.C.
352 Rutland Road #1
Brooklyn, New York 11225
Telephone No.: (212) 248-7906
Facsimile No.: (212) 248-7908
Email: brian@bromberglawoffice.com

The required fee of $200.00 will be submitted.

Dated: July 24, 2025

By: _____
Thomas R. Breeden

By: _____
Brian L. Bromberg

Thomas R. Breeden (VSB No. 33410)
Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas, Virginia 20109
Telephone No.: (703) 361-9277
Facsimile No.: (703) 337-0441
Email: trb@tbreedenlaw.com

Brian L. Bromberg
Bromberg Law Office, P.C.
352 Rutland Road #1
Brooklyn, New York 11225
Telephone No.: (212) 248-7906
Facsimile No.: (212) 248-7908
Email: brian@bromberglawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2025, a copy of the foregoing Motion for Admission Pro Hac Vice was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Alfred R. Fuente, Esq.
Email: alfred@fuentelaw.com

Rachelle Pointdujour, Esq.
Email: rachelle.pointdujour@troutman.com

Ahmed Hassan Khattab, Esq.
Email: ahmed.khattab@troutman.com

Dated: July 30, 2025

By: /s/ *Brian L. Bromberg*
Brian L. Bromberg