```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
JOEL S. POLANCO and MAURICIO A BALBUENA                          :
JIMINEZ,                                                         :
                                                                 :
                                Plaintiffs,                      :     25-cv-02410 (LJL)
                                                                 :
                -v-                                              :     ORDER
                                                                 :
SPARTAN AUTO GROUP, LLC, et. al.,                                :
                                                                 :
                                Defendants.                      :
                                                                 X
-----------------------------------------------------------------
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2025

LEWIS J. LIMAN, United States District Judge:

Defendants Spartan Auto Group, LLC ("Spartan"), Mark Vanable, Tazman Nelson, and Jamal Mohammad have until August 29, 2025 to move to compel arbitration in this matter. Plaintiffs Joel S. Polanco and Mauricio A. Balbuena Jiminez ("Plaintiffs") and Defendant Capital One Auto Finance ("Capital One"), have until September 12, 2025 to respond in opposition. Movants have until September 19, 2025 to reply. The time for Plaintiffs to respond to Capital One's motion to dismiss at Dkt. No. 43 is stayed pending adjudication of the motion to compel. All discovery is likewise stayed with the exception that Plaintiffs may serve limited interrogatories to Spartan by August 14, 2025, directed to the names of individual defendant John Does 4 and 5, corresponding to the telephone numbers in the possession of Plaintiffs.

SO ORDERED.

Dated: July 31, 2025
       New York, New York

_____
LEWIS J. LIMAN
United States District Judge